No. 38, Misc. PUGH *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se. Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 40, Misc. TAYLOR *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied. Petitioner *pro se. John F. McGowan* for respondent.

No. 43, Misc. LANSING *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 44, Misc. LANGE *v.* TAHASH, WARDEN. Supreme Court of Minnesota. Certiorari denied. Petitioner *pro se. Walter F. Mondale,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for respondent.

No. 48, Misc. POE *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se. Robert Y. Thornton,* Attorney General of Oregon, and *C. L. Marsters,* Assistant Attorney General, for respondent.

No. 51, Misc. LAWERY *v.* COLORADO ET AL. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, and *Frank E. Hickey* and *John E. Bush,* Assistant Attorneys General, for respondents.

No. 53, Misc. ECKERT *v.* WILKINS, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Joseph J. Rose,* Assistant Attorney General, for respondent.